# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

| | |
|---|---|
| DAVID M. KENT, | CASE NO: 16-55610-MLO |
| | HON: MARIA L. OXHOLM |
| DEBTOR. | CHAPTER 7 |

2485 DOLEMAN DRIVE
WEST BLOOMFIELD, MI 48324

XXX-XX-0546
_____/

## ORDER ON MOTION AUTHORIZING CHAPTER 7 TRUSTEE TO COMPROMISE AND SETTLE ADVERSARY PROCEEDING #18-04334-MLO WITH WARNER NORCROSS & JUDD LLP

This matter having come before the Court on the Trustee's Motion to Compromise and Settle Adversary Proceeding #18-04334; Notice of the Motion having been served on all parties pursuant to Fed. R. Bankr, P. 2002 and L.B.R. 9014-1 (E.D.M.); no objections having been filed thereto, or if filed, having been resolved; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee's Motion to Compromise and Settle Adversary Proceeding #18-04334-MLO with Warner Norcross & Judd LLP is granted;

1

**IT IS FURTHER ORDERED** that Chapter 7 Trustee, Karen E. Evangelista, is authorized to compromise and settle the complaint against the Defendants for the sum of Thirty Thousand and 00/100 ($30,000.00) Dollars;

**IT IS FURTHER ORDERED** that Defendant Warner Norcross & Judd LLP, shall pay to the estate the sum of Thirty Thousand and 00/100 ($30,000.00) Dollars within ten (10) days from the date of the entry of this Order;

**Signed on May 29, 2020**

/s/ Maria L. Oxholm

**Maria L. Oxholm
United States Bankruptcy Judge**