# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 16-55610
**Case Name:** KENT, DAVID M.
**For the Period Ending:** 12/31/2020

**Trustee Name:** Karen E. Evangelista
**Date Filed (f) or Converted (c):** 11/18/2016 (f)
**§341(a) Meeting Date:** 12/28/2016
**Claims Bar Date:** 07/31/2017

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single-family home 4581 Old Orchard Trail Orchard Lake, MI - 48324-0000 Oakland | $2,000,000.00 | $2,000,000.00 | | $0.00 | $2,000,000.00 |
| 2 | 2015 Ford F-150 Lease interest - prepaid | Unknown | $0.00 | | $0.00 | FA |
| 3 | 2007 Tracker Marine Pro Team 175TxW | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 4 | 2007 Trailer Star Trailer 375 location unknown | $200.00 | $200.00 | | $0.00 | $200.00 |
| 5 | 2004 MFI Trailer location unknown | $200.00 | $200.00 | | $0.00 | $200.00 |
| 6 | 2001 Articat Snowmobile location unknown | $1.00 | $1.00 | | $0.00 | $1.00 |
| 7 | Household Goods and Furnishings located at 4581 Old Orchard Trail, Orchard Lake, Michigan | $26,750.00 | $56,005.00 | | $56,005.00 | FA |
| **Asset Notes:** | Order Granting Trustee's Motion for Authority to Sell Personal Property entered 8/15/17, (docket #286). Motion For Sale of Property filed on 7/31/17, (docket #270) | | | | | |
| 8 | Household Goods and Furnishings located at 572 Shoreview, Indian River, Michigan | $675.00 | $22,266.00 | | $22,266.00 | FA |
| **Asset Notes:** | Report of Sale filed 11/20/17, docket #318. Order Authority to Sell Personal Property entered 7/5/17, docket #248 Motion Authority to Sell Personal Property filed 6/23/17, docket #240. | | | | | |
| 9 | Various Electronics | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 10 | Piano located at 4581 Old Orchard Trail, Orchard Lake, Michigan | $1,200.00 | $0.00 | | $0.00 | FA |
| 11 | 2 Pictures given as retainer to William Maxwell, Attorney | $30,000.00 | $30,000.00 | | $6,486.34 | $23,513.66 |
| **Asset Notes:** | Order Granting Trustee's Motion For Authority To Sell Paintings entered on 1/3/2020, docket #424. Motion For Sale of Property under Section 363 filed on 12/9/19, docket #422. | | | | | |
| 12 | Miscellaneous sports and hobby equipment | $500.00 | $500.00 | | $0.00 | $500.00 |
| 13 | Guns | $3,500.00 | $3,500.00 | | $0.00 | $3,500.00 |
| 14 | Wearing apparel and personal effects | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 15 | Miscellaneous costume jewelry | $100.00 | $100.00 | | $0.00 | $100.00 |
| 16 | Cash | $120.00 | $120.00 | | $0.00 | $120.00 |
| 17 | UBS Financial Account # ***8070 | $1.00 | $0.00 | | $0.00 | $1.00 |
| 18 | 1 Share of Stock in various public companies | $885.00 | $885.00 | | $0.00 | $885.00 |

**SUBTOTALS** $0.00 $0.00

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 16-55610
**Case Name:** KENT, DAVID M.
**For the Period Ending:** 12/31/2020

**Trustee Name:** Karen E. Evangelista
**Date Filed (f) or Converted (c):** 11/18/2016 (f)
**§341(a) Meeting Date:** 12/28/2016
**Claims Bar Date:** 07/31/2017

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | See attached Exhibit 1 List of privately held business entities. All companies terminated business operations in March of 2015 and have no value. Debtor 100% owner of all business entities. | $0.00 | $149,750.00 | | $0.00 | $149,750.00 |
| 20 | Demand Promissory Note Dated April 14, 2008 made by Ryan Attenson (face value $6,000.00) | $1.00 | $1.00 | | $0.00 | $1.00 |
| 21 | BNY Mellon Primerica SEP IRA #0822 | $140,000.00 | $140,000.00 | | $0.00 | $140,000.00 |
| 22 | IRA Comerica Bank IRA #***6389 | $74,500.00 | $74,500.00 | | $0.00 | $74,500.00 |
| 23 | Medical license | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Spousal Support Payments | $7,500.00 | $7,500.00 | | $0.00 | $7,500.00 |
| 25 | Debtor loaned in 2014 the sum of $250,000.00 to Lifestyle Lift. The company is in bankruptcy and the Debtor believes that the loan is uncollectable | $1.00 | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** | Order Granting Motion for Order Authorizing Chapter 7 Trustee to Enter into Settlement Agreement entered on 3/16/17, (docket #150). Corrected Motion to Approve Compromise filed on 2/8/17, (docket #92). | | | | | |
| 26 | See Exhibit 2-JP Morgan Chase claim of fraud | Unknown | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** | Order Granting Motion for Order Authorizing Chapter 7 Trustee to Enter Into Settlement Agreements entered on 1/11/18, (docket #332). Motion to Approve Compromise filed on 12/15/17, (docket #329). | | | | | |
| 27 | See Exhibit 2-The Wolfson Bolton Law Firm-Claim of malpractice | Unknown | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** | Order Granting Trustee's Motion to Sell Estate's Right, Title and Interest in a Cause of Action entered on 6/13/17, (docket #236). Motion For Sale of Property filed on 5/9/17, (docket #213). | | | | | |
| 28 | See Exhibit 2-Dickerson Wright-Claim of improper termination | Unknown | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** | Order Granting Motion for Order Authorizing Chapter 7 Trustee to Enter Into Settlement Agreements entered on 1/11/18, (docket #332). Motion to Approve Compromise filed on 12/15/17, (docket #329). | | | | | |
| 29 | See Exhibit 2-Van Conway, Conway Mackenzie, and their subsidiary, Variant Capital Advisors (Investment Bank)-Claim of breach of fiduciary duty | Unknown | $7,500.00 | | $0.00 | $7,500.00 |
| **Asset Notes:** | Order Authorizing Settlement Agreement P/O 11/2/2018, docket #392. Motion to Approve Compromise filed on 10/8/2018, docket #388. | | | | | |
| 30 | See Exhibit 2-The Schaefer Law Firm, including Firm Attorney, John Schaefer, Mark Bank, and Amanda Szukala-Claim of malpractice | Unknown | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** | Order Approving Compromise entered on 11/3/2020, docket #448. Motion to Approve Compromise filed on 10/9/2020, docket #443. | | | | | |

**SUBTOTALS** $0.00 $0.00

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 16-55610
**Case Name:** KENT, DAVID M.
**For the Period Ending:** 12/31/2020

**Trustee Name:** Karen E. Evangelista
**Date Filed (f) or Converted (c):** 11/18/2016 (f)
**§341(a) Meeting Date:** 12/28/2016
**Claims Bar Date:** 07/31/2017

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31 | See Exhibit 2-Linda Kent-Claim of conspiracy | | Unknown | $0.00 | | $0.00 | FA |
| 32 | See Exhibit 2-Chase Bank and Van Conway (Conway Mackenzie)-Claim of violated multiple banking/creditor law | | Unknown | $7,500.00 | | $7,500.00 | FA |
| **Asset Notes:** | Order Authorizing Chapter 7 Trustee to Enter into Settlement Agreement entered on 11/2/18, (docket #392). Motion to Approve Compromise filed on 10/8/18, (docket #388). | | | | | | |
| 33 | See Exhibit 2-Jarrod Reynolds and John Draper | | Unknown | $10,000.00 | | $10,000.00 | FA |
| **Asset Notes:** | Order Granting Trustee's Motion to Sell Estate's Right, Title and Interest in Causes of Action and Business Entities entered on 11/1/17, (docket #309). Motion For Sale of Property filed on 10/4/17, (docket #302). | | | | | | |
| 34 | See Exhibit 2-Ryan Attenson-Claim of money laundering | | Unknown | $5,000.00 | | $0.00 | $5,000.00 |
| **Asset Notes:** | This asset included in asset #33. | | | | | | |
| 35 | See Exhibit 2-Ms. Carol Craine-Claim of transfer of funds | | Unknown | $20,000.00 | | $0.00 | $20,000.00 |
| 36 | See Exhibit 2-Dave Mack-Claim of fraud | | Unknown | $2,000.00 | | $0.00 | $2,000.00 |
| 37 | See Exhibit 2-Mark Mitchell-Fraud-Claim of fraud | | Unknown | $2,000.00 | | $0.00 | $2,000.00 |
| 38 | See Exhibit 2-Mark Bank of the Schaefer Law Firm-Claim of fraud | | Unknown | $5,000.00 | | $0.00 | $5,000.00 |
| 39 | See Exhibit 2-Indian River Home-Claim of mortgage fraud | | Unknown | $1,250.00 | | $1,250.00 | FA |
| **Asset Notes:** | Order Granting the Trustee's Motion for Authority to Sell entered on 4/18/17, (docket #176). Motion For Sale of Property filed on 4/12/17, (docket #167). | | | | | | |
| 40 | See Exhibit 2-Orchard Lake Home-Claim of mortgage Fraud | | Unknown | $5,000.00 | | $0.00 | $5,000.00 |
| **Asset Notes:** | This asset included in asset #33. | | | | | | |
| 41 | See Exhibit 2-Warner, Norcross & Judd/Nazli Sater-Claim of breach of contract, malpractice and billing fraud | | Unknown | $30,000.00 | | $30,000.00 | FA |
| **Asset Notes:** | Order Motion to Compromise entered on 5/29/2020, docket 437. Motion to Approve Compromise under Rule 9019 filed on 4/30/2020, docket #434 | | | | | | |
| 42 | Adv. 18-04092 Steinway Piano Gallery of Detroit | (u) | $0.00 | $5,500.00 | | $5,500.00 | FA |
| **Asset Notes:** | Order Authorizing Compromise & Settle Adv. entered on 4/25/19, docket #413 Motion Compromise & settle Adv. filed on 3/29/19, docket #411. | | | | | | |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| | $2,289,134.00 | $2,614,278.00 | $164,007.34 | $2,450,271.66 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 16-55610
**Case Name:** KENT, DAVID M.
**For the Period Ending:** 12/31/2020

**Trustee Name:** Karen E. Evangelista
**Date Filed (f) or Converted (c):** 11/18/2016 (f)
**§341(a) Meeting Date:** 12/28/2016
**Claims Bar Date:** 07/31/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

12/21/2020 Trustee with assistance of counsel has investigated the Debtor's personal and real estate and liquidated some of the same. She has also pursed various chapter 5 causes of action identified by the Debtor in his schedules. She with her counsel conducted voluminous discovery to conduct her duties. She filed two adversary proceedings for turnover of assets and is liquidation of assets. The US Trustee is pursued a dischargability complaint but after a three day trial, the Court granted the Debtor his Discharge. One piece of art has been sold and the other is scheduled to be sold by a gallery in Florida. Once the art has been liquidated the Trustee will move to TFR

**Initial Projected Date Of Final Report (TFR):** 11/18/2019
**Current Projected Date Of Final Report (TFR):** 05/30/2021

/s/ KAREN E. EVANGELISTA
KAREN E. EVANGELISTA

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-55610 | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** | KENT, DAVID M. | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***2956 | **Checking Acct #:** | ******4449 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 01/01/2020 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 12/31/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2017 | (25) | Basil Simon | Order Granting Motion for Order Authorizing Chapter 7 Trustee to Enter into Settlement Agreement as to Basil Simon as Trustee for the Estate of Lifestyle Lift Holding, Inc. and Insurers docket #150 P/O 3/16/2017 | 1129-000 | $5,000.00 | | $5,000.00 |
| 04/21/2017 | 3001 | Tri-County Court Reporters | 2004 Exam of David Kent-Invoice #26536 | 2690-000 | | $776.15 | $4,223.85 |
| 04/25/2017 | (39) | Potestivo | Order Granting the Trustee's Motion for Authority to Sell the Estate's Appellate Rights and Any and All Interest in the Indian River Real Property Docket #176 P/O 4/18/2017 | 1129-000 | $1,250.00 | | $5,473.85 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.76 | $5,467.09 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.82 | $5,458.27 |
| 06/14/2017 | (27) | Wolfson Bolton PllC | Order Granting Trustee's Motion to Sell Estate's Right, Title and Interest in a Cause of Action Pursuant to 11 U.S.C. 363(b) docket #236 P/O 6/13/2017 | 1129-000 | $5,000.00 | | $10,458.27 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.42 | $10,445.85 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.85 | $10,429.00 |
| 08/08/2017 | 3002 | Stefek's Estate Service | Order Authorizing First and Final Fee Application of Lori Stefek and Stefek's Estate Service, Appraiser For Trustee, For Allowance of Compensation For Professional Service docket #282 P/O 8/7/2017 | 3711-000 | | $2,250.00 | $8,179.00 |
| 08/28/2017 | 3003 | Miedema Appraisals, Inc. | Order Authorizing First and Final Fee Application of Brent Dommisse and Miedema Appraisals, Inc., Appraiser for Trustee, for Allowance of Compensation for Professional Services docket #281 P/O 8/7/2017 | 3711-000 | | $1,800.00 | $6,379.00 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.36 | $6,364.64 |
| 09/12/2017 | (7) | Repocast | Order Granting Trustee's Motion for Authority to Sell Personal Property -- 2008 Avalon Pontoon Boat docket #286 P/O 8/15/2017 | 1129-000 | $16,005.00 | | $22,369.64 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.10 | $22,345.54 |
| 09/29/2017 | 3004 | Tri-County Court Reporters | Deposition Continuation David Kent-Invoice #26693 | 2690-000 | | $440.90 | $21,904.64 |

**SUBTOTALS** $27,255.00 $5,350.36

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 16-55610
**Case Name:** KENT, DAVID M.
**Primary Taxpayer ID #:** **-***2956
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 01/01/2020
**For Period Ending:** 12/31/2020

**Trustee Name:** Karen E. Evangelista
**Bank Name:** Bank of Texas
**Checking Acct #:** ******4449
**Account Title:**
**Blanket bond (per case limit):** $2,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/04/2017 | (8) | Repocast.com | Order Granting Trustee's Motion For Authority to Sell the Estate's Interest in Personal Property docket #248 dated July 5, 2017; report of sale docket #318 | 1129-000 | $22,266.00 | | $44,170.64 |
| 10/20/2017 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $44,170.64 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $49,521.00 | $49,521.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $44,170.64 | |
| **Subtotal** | $49,521.00 | $5,350.36 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $49,521.00 | $5,350.36 | |

**For the period of 01/01/2020 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/04/2017 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $49,521.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $49,521.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5,350.36 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements | $5,350.36 |
| Total Internal/Transfer Disbursements: | $44,170.64 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 16-55610
**Case Name:** KENT, DAVID M.
**Primary Taxpayer ID #:** **-***2956
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 01/01/2020
**For Period Ending:** 12/31/2020

**Trustee Name:** Karen E. Evangelista
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0024
**Account Title:** DDA
**Blanket bond (per case limit):** $2,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/20/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $44,170.64 | | $44,170.64 |
| 10/23/2017 | 5001 | Linda Kent | Order to Disburse Sale Proceeds from Personal Property - 2008 Avalon Pontoon Boat to Co-Owner docket #307 P/O 10/18/2017 | 8500-002 | | $7,002.50 | $37,168.14 |
| 11/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $25.41 | $37,142.73 |
| 11/27/2017 | 5002 | Linda Kent | Order to Disburse Sale Proceeds from Personal Property Located at Indian River to Co-Owner docket #320 P/O 11/21/2017 | 8500-002 | | $5,961.86 | $31,180.87 |
| 11/30/2017 | (7) | Lenore Kent | Order Granting Trustee's Motion For Authority to Sell the Estate's Interest in Personal Property docket #304 P/O 10/6/2017 | 1129-000 | $40,000.00 | | $71,180.87 |
| 11/30/2017 | (33) | Jeanne Burks | Order Granting Trustee's Motion to Sell Estate's Right, Title and Interest in Causes of Action and Business Entities docket #309 P/O 11/1/2017 | 1129-000 | $10,000.00 | | $81,180.87 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $57.71 | $81,123.16 |
| 12/06/2017 | 5003 | Repocast Inc. | Order Authorizing First Application Of Duane Mingerink And Repocast.Com, Inc., Auctioneer For Trustee, For Allowance Of Compensation For Professional Services Rendered From June 16, 2017 To October 20, 2017 For Reimbursement Of Fees docket #323 P/O 12/4/2017 | 3630-000 | | $2,226.60 | $78,896.56 |
| 12/06/2017 | 5004 | Repocast Inc. | Order Authorizing First Application Of Duane Mingerink And Repocast.Com, Inc., Auctioneer For Trustee, For Allowance Of Compensation For Professional Services Rendered From June 16, 2017 To October 20, 2017 For Reimbursement Of Expenses docket #323 P/O 12/4/2017 | 3640-000 | | $5,615.68 | $73,280.88 |
| 12/06/2017 | 5005 | Repocast Inc. | Order Authorizing Second Application of Duane Mingerink and Repocase.com, Inc., Auctioneer for Trustee, for Allowance of Compensation for Professional Services Rendered from June 19, 2017 to October 20, 2017 and for Reimburseemnt of Expenses (Related Doc # 317) for Duane Mingerink, Fees Awarded docket #324 P/O 12/4/2017 | 3630-000 | | $1,280.40 | $72,000.48 |

| | | |
|---|---|---|
| **SUBTOTALS** | $94,170.64 | $22,170.16 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 16-55610
**Case Name:** KENT, DAVID M.
**Primary Taxpayer ID #:** **-***2956
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 01/01/2020
**For Period Ending:** 12/31/2020

**Trustee Name:** Karen E. Evangelista
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0024
**Account Title:** DDA
**Blanket bond (per case limit):** $2,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/06/2017 | 5006 | Repocast Inc. | Order Authorizing Second Application of Duane Mingerink and Repocase.com, Inc., Auctioneer for Trustee, for Allowance of Compensation for Professional Services Rendered from June 19, 2017 to October 20, 2017 and for Reimburseemnt of Expenses (Related Doc # 317) for Duane Mingerink, Expenses Awarded docket #324 P/O 12/4/2017 | 3640-000 | | $450.00 | $71,550.48 |
| 12/11/2017 | 5007 | Linda Kent | Order to Disburse Sale Proceeds from Personal Property Located at Orchard Lake to Co-Owner docket #328 P/O 12/8/2017 | 8500-002 | | $20,000.00 | $51,550.48 |
| 12/11/2017 | 5008 | Insurance Partners Agency, Inc | Bond Payment | 2300-000 | | $13.73 | $51,536.75 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $104.56 | $51,432.19 |
| 02/05/2018 | (26) | JP Morgan Chase | Order Granting Motion for Order Authorizing Chapter 7 Trustee to Enter Into Settlement Agreements as to JPMorgan Chase Bank N.A. AND Dickinson Wright PLLC. docket #332 P/O 1/11/2018 | 1129-000 | $5,000.00 | | $56,432.19 |
| 02/05/2018 | (28) | Dickinson Wright | Order Granting Motion for Order Authorizing Chapter 7 Trustee to Enter Into Settlement Agreements as to JPMorgan Chase Bank N.A. AND Dickinson Wright PLLC. docket #332 P/O 1/11/2018 | 1129-000 | $5,000.00 | | $61,432.19 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $87.21 | $61,344.98 |
| 02/22/2018 | 5009 | Tri-County Court Reporters | Deponent of David Kent Volume III-Invoice #26941 | 2690-000 | | $587.75 | $60,757.23 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $86.34 | $60,670.89 |
| 03/29/2018 | 5010 | Law Offices of Lawrence J. Acker | Order Approving Trustee's Employment of Special Counsel Lawrence Acker and the Law Office of Lawrence Acker docket #352 P/O 3/27/2018 | 3220-610 | | $5,000.00 | $55,670.89 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $97.96 | $55,572.93 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $92.92 | $55,480.01 |
| 05/16/2018 | 5011 | Tri-County Court Reporters | Deponent of Linda Kent-Invoice #27859 | 2690-000 | | $371.05 | $55,108.96 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $89.41 | $55,019.55 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $85.92 | $54,933.63 |
| 07/25/2018 | 5012 | Dakmak Peurach PC | Order Granting Dakmak Peruach, P.C.'s Motion to Quash Subpoena P/O 7/19/2018, docket #382 | 2990-000 | | $200.00 | $54,733.63 |
| | | | **SUBTOTALS** | | $10,000.00 | $27,266.85 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 16-55610
**Case Name:** KENT, DAVID M.
**Primary Taxpayer ID #:** **-***2956
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 01/01/2020
**For Period Ending:** 12/31/2020

**Trustee Name:** Karen E. Evangelista
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0024
**Account Title:** DDA
**Blanket bond (per case limit):** $2,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $88.65 | $54,644.98 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $88.18 | $54,556.80 |
| 09/10/2018 | 5013 | Tri-County Court Reporters | Deponent Samuel Kent-Invoice #28812 | 2690-000 | | $110.00 | $54,446.80 |
| 09/10/2018 | 5014 | Tri-County Court Reporters | Deponent of Samuel Kent-Invoice 29571 | 2690-000 | | $166.20 | $54,280.60 |
| 09/10/2018 | 5015 | Tri-County Court Reporters | Deponent Stacy Schultes-Invoice #29671 | 2690-000 | | $125.00 | $54,155.60 |
| 10/17/2018 | 5016 | Tri-County Court Reporters | Deponent of Michael Kent-Invoice #30189 | 2690-000 | | $125.00 | $54,030.60 |
| 11/16/2018 | 5017 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $87.23 | $53,943.37 |
| 11/17/2018 | 5018 | Tri-County Court Reporters | Deponent of Carol Craine-Invoice #30678 | 2690-000 | | $150.00 | $53,793.37 |
| 12/05/2018 | (32) | Conway Mackenzie | Order Authorizing Chapter 7 Trustee to Enter into Settlement Agreement as to Conway Mackenzie, Inc. and Affiliates P/O 11/2/2018, docket #392. | 1129-000 | $7,500.00 | | $61,293.37 |
| 12/10/2018 | 5019 | Insurance Partners Agency, Inc | Bond Payment | 2300-000 | | $22.74 | $61,270.63 |
| 12/20/2018 | 5020 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $111.00 | $61,159.63 |
| 01/15/2019 | 5021 | Tri-County Court Reporters | Written transcript from Deposition of Michael Kent-Invoice #31305 | 2690-000 | | $89.20 | $61,070.43 |
| 01/15/2019 | 5022 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $111.00 | $60,959.43 |
| 01/24/2019 | 5023 | UPS | Letter to the Court in Ohio to stop sale of Bayview | 2690-000 | | $40.48 | $60,918.95 |
| 02/14/2019 | 5024 | Tri-County Court Reporters | Deponent of Tim Hoy-Invoice #31308 | 2690-000 | | $150.00 | $60,768.95 |
| 02/18/2019 | 5025 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $111.00 | $60,657.95 |
| 03/25/2019 | 5026 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $111.00 | $60,546.95 |
| 04/13/2019 | 5027 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $111.00 | $60,435.95 |
| 05/15/2019 | 5028 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $111.00 | $60,324.95 |
| 05/23/2019 | (42) | 5th Third Bank | Order on Motion Authorizing Chapter 7 Trustee to Compromise and Settle Adversary Proceeding #18-04092-MLO with Steinway Piano Gallery of Detroit P/O 4/25/19, docket #413. | 1229-000 | $5,500.00 | | $65,824.95 |
| 06/20/2019 | 5029 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $111.00 | $65,713.95 |
| 07/16/2019 | 5030 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $65,592.95 |
| 08/19/2019 | 5031 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $65,471.95 |
| 09/12/2019 | 5032 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $65,350.95 |
| 10/14/2019 | 5033 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $65,229.95 |
| 11/08/2019 | 5034 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $65,108.95 |
| | | | | **SUBTOTALS** | $13,000.00 | $2,624.68 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 16-55610
**Case Name:** KENT, DAVID M.
**Primary Taxpayer ID #:** **-***2956
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 01/01/2020
**For Period Ending:** 12/31/2020

**Trustee Name:** Karen E. Evangelista
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0024
**Account Title:** DDA
**Blanket bond (per case limit):** $2,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/06/2019 | 5035 | Insurance Partners Agency | Bond Payment | 2300-000 | | $32.50 | $65,076.45 |
| 12/17/2019 | 5036 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $64,955.45 |
| 01/16/2020 | 5037 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $64,834.45 |
| 02/20/2020 | 5038 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $64,713.45 |
| 03/30/2020 | (11) | BK Assets | Order Granting Trustee's Motion For Authority To Sell Paintings P/O 1/3/2020, docket #424. | 1129-000 | $6,486.34 | | $71,199.79 |
| 04/16/2020 | 5039 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $71,078.79 |
| 05/14/2020 | 5040 | Compass Self Storage | Check never received, stopped payment.Storage Unit for Artwork | 2690-003 | | $121.00 | $70,957.79 |
| 06/02/2020 | 5040 | STOP PAYMENT: Compass Self Storage | Check never received, stopped payment.-Storage Unit for Artwork | 2690-004 | | ($121.00) | $71,078.79 |
| 06/02/2020 | 5041 | Compass Self Storage | Storage Unit for Artwork-May & June | 2690-000 | | $263.00 | $70,815.79 |
| 06/08/2020 | (41) | Warner Norcross & Judd LLP | Order On Motion Authorizing Chapter 7 Trustee To Compromise And Settle Adversary Proceeding #18-04334-MLO With Warner Norcross & Judd LLP P/O 5/29/2020, docket #437. | 1129-000 | $30,000.00 | | $100,815.79 |
| 07/15/2020 | 5042 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $121.00 | $100,694.79 |
| 07/20/2020 | 5043 | Law Offices of Lawrence J. Acker | Special Counsel for Trustee Fees P/O 7/17/2020, docket #441. | 3210-600 | | $8,714.44 | $91,980.35 |
| 07/20/2020 | 5044 | Law Offices of Lawrence J. Acker | VOIDED- Special Counsel Fees were paid P/O 3/27/2018, docket #352 so void was issued. | 3220-613 | | $3,856.66 | $88,123.69 |
| 07/21/2020 | 5044 | VOID: Law Offices of Lawrence J. Acker | VOIDED- Special Counsel Fees were paid P/O 3/27/2018, docket #352 so void was issued. | 3220-613 | | ($3,856.66) | $91,980.35 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,731.92 | $90,248.43 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($1,731.92) | $91,980.35 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $143.34 | $91,837.01 |
| 08/13/2020 | | Law Offices of Lawrence J. Acker | Order Approving Trustee's Employment of Special Counsel and approving $5,000 to defray costs, docket #352 P/O 3/27/2018. Counsel only had expenses in the amount of $3,856.66, P/O 7/17/2020, docket #441, the excess amount of $1,143.34 has been refunded to the estate. | 3220-610 | | ($1,143.34) | $92,980.35 |
| 08/13/2020 | 5045 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $130.00 | $92,850.35 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $137.57 | $92,712.78 |
| 09/16/2020 | 5046 | Compass Self Storage | Storage Unit for Artwork | 2690-000 | | $130.00 | $92,582.78 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $133.30 | $92,449.48 |
| | | | **SUBTOTALS** | | $36,486.34 | $9,145.81 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-55610 | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** | KENT, DAVID M. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***2956 | **Checking Acct #:** | ******0024 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 01/01/2020 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 12/31/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $137.41 | $92,312.07 |
| 11/20/2020 | 5047 | Craters & Freighters-Detroit | Crating Painting, Freight to Pompano Beach FL, to Wally Findlay Galleries and Insurance | * | | $1,718.00 | $90,594.07 |
| | | | Pkg/Crating Painting/Print (89.5x51.75) ($750.00) | 2690-000 | | | $90,594.07 |
| | | | Freight to Pampano Beach, FL 33069 (Wally Findlay Galleries ) ($496.00) | 2690-000 | | | $90,594.07 |
| | | | Cargo Insurance ($472.00) | 2690-000 | | | $90,594.07 |
| 11/24/2020 | (30) | The Law Firm of John F. Schaefer | Order on Motion Authorizing Chapter 7 Trustee to Compromise and Settle Claims Against the Law Firm of John F. Schaefer P/O 11/3/2020, docket #448. | 1129-000 | $5,000.00 | | $95,594.07 |
| 11/25/2020 | 5048 | Insurance Partners Agency | Bond Payment | 2300-000 | | $60.77 | $95,533.30 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $134.51 | $95,398.79 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $142.90 | $95,255.89 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $158,656.98 | $63,401.09 | $95,255.89 |
| **Less: Bank transfers/CDs** | $44,170.64 | $0.00 | |
| **Subtotal** | $114,486.34 | $63,401.09 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $114,486.34 | $63,401.09 | |

**For the period of 01/01/2020 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $41,486.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $41,486.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $11,185.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,185.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/20/2017 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $114,486.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $114,486.34 |
| Total Internal/Transfer Receipts: | $44,170.64 |
| Total Compensable Disbursements: | $30,436.73 |
| Total Non-Compensable Disbursements | $32,964.36 |
| Total Comp/Non Comp Disbursements | $63,401.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-55610 | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** | KENT, DAVID M. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***2956 | **Checking Acct #:** | ******0024 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 01/01/2020 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 12/31/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $164,007.34 | $68,751.45 | $95,255.89 |

**For the period of 01/01/2020 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $41,486.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $41,486.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11,185.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,185.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/20/2017 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $164,007.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $164,007.34 |
| Total Internal/Transfer Receipts: | $44,170.64 |
| | |
| Total Compensable Disbursements: | $35,787.09 |
| Total Non-Compensable Disbursements: | $32,964.36 |
| Total Comp/Non Comp Disbursements: | $68,751.45 |
| Total Internal/Transfer Disbursements: | $44,170.64 |

/s/ KAREN E. EVANGELISTA

KAREN E. EVANGELISTA